UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-633 |
| ANIA NOWAK, and ZBIGNIEW CICHY | : | ORDER |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Matthew E. Beck, Assistant U.S. Attorney, appearing), and defendants Ania Nowak (Christopher D. Adams, Esq., appearing), and Zbigniew Cichy (Michael N. Pedicini, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

2. The ends of justice served by a continuance of the trial date in this matter until May 16, 2011 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 21 day of October, 2010,

ORDERED that:

the trial date in this matter is continued until May 16, 2011, and that the period of time from September 29, 2010 through May 16, 2011, shall be excluded for the purposes of computing time

under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before February 15, 2011;

2. The Government shall respond to such motions on or before March 31, 2011;

3. Defendants shall file reply papers, if any, on or before April 15, 2011;

4. The return date for pretrial motions shall be May 2, 2010 at 10:00 a.m.; and

5. Trial shall commence on May 16, 2010 at 9:30 a.m.

HON. STANLEY R. CHESLER
United States District Judge

I hereby consent to the form and entry of this order

Christopher D. Adams, Esq.
(Attorney for Ania Nowak)

Michael N. Pedicini, Esq.
(Attorney for Zbigniew Cichy)

Matthew E. Beck, AUSA