UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-633 (SRC) |
| ANIA NOWAK | : | O R D E R |

This matter having come before the Court on the motion of defendant Ania Nowak, by her counsel, Christopher Adams, to modify her conditions of release to allow her to attend meetings with counsel while her husband and co-defendant Cichy is at work, and the United States of America (Paul J. Fishman, United States Attorney, Matthew E. Beck, Assistant United States Attorney, appearing) consenting to the motion, and for good cause having been shown,

IT IS on this 3rd day of November 2010

ORDERED that defendant Nowak's bail conditions are modified so that she may travel to her attorney's office at 5 Becker Farm Road, Roseland, New Jersey while her husband and co-defendant Cichy is at work; and it is further

ORDERED that all other conditions of defendant Nowak's pretrial release remain in full force and effect; and it is further

ORDERED that defendant Cichy's conditions of pretrial release are modified so as to permit him to leave his residence to work even while defendant Nowak is out of the residence attending meetings with counsel; and it is further

ORDERED that defendant Nowak's counsel must notify Pretrial Services and the United States Attorney's Office should defendant Nowak not appear for any meetings with counsel at their scheduled times.

Honorable Stanley R. Chesler, U.S.D.J.

I hereby consent to the form and entry of this Order:

Matthew E. Beck,
Assistant United States Attorney

Dated: Nov. 1, 2010

Michael Pedicini, Esq.
Attorney for Defendant, Zbigniew Cichy

Dated: Nov. 1, 2010

Christopher D. Adams, Esq.
Attorney for Defendant, Ania Nowak

Dated: November 1, 2010