UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-633 (SRC) |
| ANIA NOWAK | : | O R D E R |

This matter having come before the Court on the motion of defendant Ania Nowak, by her counsel, Christopher Adams, to modify her conditions of release to allow her to attend Christmas and Easter religious services with her husband and co-defendant Cichy, and the United States of America (Paul J. Fishman, United States Attorney, Matthew E. Beck, Assistant United States Attorney, appearing) consenting to the motion, Pretrial Services, by and though Daniel Milne consenting, and for good cause having been shown,

IT IS on this ___ day of December 2010

ORDERED that defendant Nowak's bail conditions are modified so that she attend Christmas and Easter religious services with her husband and co-defendant Cichy, and it is further

ORDERED that all other conditions of defendant Nowak's pretrial release remain in full force and effect; and it is further

ORDERED that defendant Cichy's conditions of pretrial release are modified consistent with this Order; and it is further

ORDERED that should the defendants attend services on the Christmas and Easter Holidays, that shall count as their religious service for the week and they are not permitted to attend another service on the weekend.

_____
Honorable Stanley R. Chesler, U.S.D.J.

I hereby consent to the form and entry of this Order:

_____          Dated: _Dec 22_, 2010
Matthew E. Beck,
Assistant United States Attorney

_____          Dated: _Dec 22_, 2010
Michael Pedicini, Esq.
Attorney for Defendant, Zbigniew Cichy

_____          Dated: December 22, 2010
Christopher D. Adams, Esq.
Attorney for Defendant, Ania Nowak