UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | **Criminal No. 10-633 (SRC)** |
| Plaintiff, : | |
| : | |
| v. : | **ORDER** |
| : | |
| ANIA NOWAK and ZBIGNIEW CICHY, : | |
| : | |
| Defendants. : | |

**CHESLER**, District Judge

Plaintiff the United States of America (the "Government") having filed a motion for an order compelling Defendant Ania Nowak to comply with a subpoena issued under Rule 17(c) of the Federal Rules of Criminal Procedure for compulsion of handwriting exemplars [docket entry 96]; and the Court wishing to grant Nowak an opportunity to respond to the motion; therefore,

**IT IS** on this 13th day of May, 2011,

**ORDERED** that Nowak shall file a written response to the above-referenced motion within 10 days of the date of this Order.

```
                              s/Stanley R. Chesler
                              STANLEY R. CHESLER
                              United States District Judge
```