UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-633 (SRC) |
| | | Hon. Stanley R. Chesler |
| vs. | : | |
| ANIA NOWAK | : | ORDER MODIFYING CONDITIONS OF <u>DEFENDANT NOWAK'S RELEASE</u> |

This matter having been opened <u>sua</u> <u>sponte</u> by the Court at a pre-trial hearing held on Monday, May 9, 2011, in the presence of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Matthew E. Beck and Shirley U. Emehelu, Assistant United States Attorneys, appearing) and defendant Ania Nowak, *pro se*, for an order modifying the conditions of defendant Ania Nowak's release pending trial in the above-entitled matter, the Court hereby makes the following findings:

1. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds, for the reasons stated from the bench, that the existing conditions of release will not reasonably assure the appearance of defendant Nowak as required.

IT IS, therefore, on this 13th day of May, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Nowak's conditions of release be modified as follows:

ORDERED that the defendant be committed to home incarceration with active Global Positioning System ("GPS")-electronic monitoring.  The defendant is to be on 24-hour lock down and cannot leave her home except to attend to medical necessities, medical emergencies, and court appearances, with prior notice to Pretrial Services; and it is further

ORDERED that the defendant is allowed to attend religious services one time per week, separate from co-defendant Zbigniew Cichy, who must remain in the residence at that time; and it is further

ORDERED that the defendant's permission to work is revoked.  However, defendant Nowak is  allowed to work at the Holy Rosary RC Church on May 14, 2011, as approved by Pretrial Services; and it is further

ORDERED that any joint defense counsel meetings must occur at the defendants' residence; and it is further

ORDERED that all prior conditions of release remain in full effect.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge