UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 10-633 (SRC)
Hon. Stanley R. Chesler
vs. :

ANIA NOWAK : ORDER MODIFYING CONDITIONS
OF
<u>DEFENDANT NOWAK'S RELEASE</u>

This matter having been opened by a petition for action on conditions of pretrial release filed by United States Pretrial Services Officer Daniel Milne on June 24, 2011, and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Matthew E. Beck and Shirley U. Emehelu, Assistant United States Attorneys, appearing) supporting the petition and requesting that the defendant's bail be revoked and defendant Ania Nowak, *pro se*, objecting to the petition, and the Court having considered the defendant's written submission dated June 27, 2011 and the arguments and testimony at a hearing held on June 27, 2011, and for good cause having been shown, the Court hereby makes the following findings:

1. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds, for the reasons stated from the bench, that the existing conditions of release will not reasonably assure the appearance of defendant Nowak as required.

IT IS, therefore, on this 27th day of June, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Nowak's conditions of release be modified as follows:

- 2 -

ORDERED that the defendant Nowak must post a $250,000 cash or surety bond and is remanded into the custody of the United States Marshals until such bond in posted; and it is further

ORDERED that all prior conditions of release remain in full effect.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge