UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-633 (SRC) |
| vs. | : | Hon. Stanley R. Chesler |
| ANIA NOWAK | : | ORDER DENYING MOTION TO MODIFY CONDITIONS OF <u>DEFENDANT NOWAK'S RELEASE</u> |

This matter having been opened by the motion of defendant Ania Nowak to reduce the amount of her bail from $250,000 to $100,000 and the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Matthew E. Beck and Shirley U. Emehelu, Assistant United States Attorneys, appearing) opposing the motion, and the Court having reviewed the written submissions of the parities and hearing oral argument at a status conference held on August 4, 2011, the Court hereby makes the following finding:

1. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds, for the reasons stated from the bench, that the requested reduction in bail would not reasonably assure the appearance of defendant Nowak as required.

IT IS, therefore, on this 9 day of August, 2011,

ORDERED, that defendant Nowak's motion to reduce her bail is denied, and it is further

ORDERED that all prior conditions of release remain in full effect.

HONORABLE STANLEY R. CHESLER
United States District Judge