UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 10-633(SRC) |
| ANIA NOWAK, and ZBIGNIEW CICHY | : | |

O R D E R

This matter having come before the Court on August 4, 2011 on the Court's own motion based on concerns regarding defendant Ania Nowak's mental competency to stand trial based on her answers to questions posed by the Court at a August 4, 2011 status conference and other recent court appearances as well as arguments defendant Nowak has made in certain written submissions to the Court;

WHEREAS based on the Court's concerns, the Court has determined that a psychiatric or psychological examination is necessary to determine whether defendant Nowak presently suffers from any mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense;

WHEREAS the Court has appointed Dr. Steven Simring to conduct the required mental examination of defendant Nowak; and

WHEREAS because defendant Nowak is currently detained at the Essex County Correctional Facility, Dr. Steven Simring will need to receive access to defendant Nowak to conduct the required examination,

IT IS on this 12 day of August, 2011,

ORDERED that pursuant to 18 U.S.C. §§ 4241 and 4247, Dr. Steven

Simring shall conduct a psychiatric or psychological examination of defendant Nowak; and it is further

ORDERED that pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c), Dr. Steven Simring shall prepare and file with the Court a report that includes: (1) the defendant's history and present symptoms, if any; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinion as to diagnosis, prognosis, and whether the defendant presently suffers from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense; it is further

ORDERED that the United States pay the expenses associated with Dr. Steven Simring's examination of defendant Nowak and the generation of his report; and it is further

ORDERED that the Essex County Correctional Facility permit Dr. Steven Simring access to defendant Nowak beginning on August 17, 2011 and on such later dates until September 16, 2011 as Dr. Steven Simring determines are necessary to complete his examination of defendant Nowak.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Honorable Stanley R. Chesler
　　　　　　　　　　　　　　　　　　United States District Judge