UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Stanley R. Chesler
                                   Crim. No. 10-633 (SRC)
            v.               :
                                   ORDER
ANIA NOWAK and               :
ZBIGNIEW CICHY
                             :

This matter having come before the Court at a status conference held on September 6, 2011 in the presence of Paul J. Fishman, United States Attorney for the District of New Jersey (by Matthew E. Beck and Shirley U. Emehelu, Assistant U.S. Attorneys), defendant Ania Nowak (*pro se*), and defendant Zbigniew Cichy (Howard Brownstein, Esq., appearing), the Court having considered various written submissions from defendant Nowak, a written report issued by Dr. Steven S. Simring dated August 19, 2011 that contained his findings regarding defendant Nowak's competency to stand trial, and hearing the arguments of the parties, and for good cause having been shown,

IT IS on this 7th day of September, 2011

ORDERED that defendant Nowak is deemed competent to stand trial and no further hearings are necessary at this time regarding her mental competency; and it is further

ORDERED that defendant Nowak's motion dated August 14, 2011 (Docket Entry 133) that sought, among other things, the Court's recusal is denied in all respects; and it is further

ORDERED that defendant Nowak's request to have standby counsel, Christopher Adams, Esq., relieved is granted and no new standby counsel is appointed as defendant Nowak indicated she did not want one assigned. To the extent that defendant Nowak determines that she wants standby counsel at trial, the Court will entertain such a motion; and it is further

ORDERED that if defendant Nowak wants to accept the United States Attorney's Office's invitation to testify before the grand jury, she must give notice that is received by the United States Attorney's Office on or before September 15, 2011; and it is further

ORDERED that defendant Nowak is to respond to the Government's motion for handwriting exemplars (Docket Entry 96) on or before September 13, 2011; and it is further

ORDERED that if defendant Nowak wants to retain any experts with CJA funding, as previously directed at the June 27, 2011 status conference, she is to provide the Court with an ex parte, in camera application that sets forth in detail the relevancy and necessity of any proposed experts; and it is further

ORDERED that defendant Nowak's conditions of release are modified as follows:

ORDERED that defendant Nowak must post one of the following: (1) a $250,000 cash bond; (2) a $250,000 bail bond issued by a surety company preapproved by the United States District Court for the District of New Jersey; or (3) a bond secured by real estate with available equity of at least $500,000 (which is twice the amount of the $250,000 bond as required by Local Criminal Rule 46.1 (d)(3)); and it is further

ORDERED that defendant Nowak is to remain in the custody of the United States Marshals until she posts an adequate bond; and it is further

ORDERED that defendant Cichy's conditions of release are modified as follows:

ORDERED that defendant Cichy is allowed to visit his co-defendant Ania Nowak once every week at the Essex County Correctional Facility or any other local correctional facility that Ms. Nowak is subsequently transferred to with prior notice to, and under such conditions deemed appropriate by, Pretrial Services; and it is further

ORDERED that all prior conditions of defendant Cichy's release remain in full effect.

                                             _____
                                             HON. STANLEY R. CHESLER
                                             United States District Judge