UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :        Hon. Stanley R. Chesler
                                      Crim. No. 10-633 (SRC)
              v.             :
                                      ORDER
ANIA NOWAK and               :
ZBIGNIEW CICHY
                             :


        This matter having come before the Court at a status

conference held on December 20, 2011 in the presence of Paul J.

Fishman, United States Attorney for the District of New Jersey

(by Matthew E. Beck and Shirley U. Emehelu, Assistant U.S.

Attorneys), defendant Ania Nowak (*pro se*), and defendant Zbigniew

Cichy (Howard Brownstein, Esq., appearing), the Court hearing

arguments of the parties, and it appearing that,

        1.   Defendant Ania Nowak has requested permission from

the United States to testify before the grand jury that is

considering a second superseding indictment in this matter and

the United States has agreed to permit her testify;

        2.   Defendant Nowak has begun her testimony but has not

yet completed her testimony;

        3.   Defendant Nowak has filed under seal a motion that

relates to the ongoing grand jury proceedings that needs to be

briefed by the parties and ruled on by the Court before the grand

jury proceedings can continue;

4.   Defendant Nowak, who is appearing pro se, has stated that she needs approximately 90 days following the return of a second superseding indictment to prepare for trial; and

5.   Defendant Cichy, through counsel, has stated that 90 days following the return of a second superseding indictment will provide sufficient time to prepare for trial;

6.   As a result of the foregoing, a continuance of this matter is necessary and the time from March 13, 2012 to June 5, 2012 is to be excluded in computing time under the Speedy Trial Act of 1974;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

A.   Defendant Nowak has requested the right to, and is in the middle of, testifying before the grand jury that is considering a second superseding indictment in this matter;

B.   Defendant Nowak has filed a motion that relates to the ongoing grand jury proceedings that needs to be briefed by the parties and ruled on by the Court before the grand jury proceedings can continue;

C.   Defendant Nowak and defendant Cichy's counsel have indicated that they need approximately 90 days following the return of any second superseding indictment to adequately prepare for trial; and

D.   This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect

adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

E.   The ends of justice served by granting the continuance of the trial date in this matter until June 5, 2012, outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this ___20___ day of December, 2011,

IT IS ORDERED that the trial date in this matter is set for June 5, 2012 at 10:00 A.M.; and

IT IS FURTHER ORDERED that the period from March 13, 2012 through June 5, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Sections 3161(h)(1)(B) & (h)(7)(A).


_____
HON. STANLEY R. CHESLER
United States District Judge