UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANIA NOWAK and ZBIGNIEW CICHY,<br><br>Defendants. | Criminal No. 10-633 (SRC)<br><br>ORDER |

**CHESLER**, District Judge

      This matter having come before the Court on the February 16, 2012 letter request made by pro se Defendant Ania Nowak for the Court to provide additional resources she believes she needs to defend against the charges in this action; and Defendant having requested, in particular, (1) the lease of office equipment that will permit her to scan, print and copy documents and (2) a subscription to LexisNexis for online legal research; and the Court having considered these requests; and the Court finding that Defendant has not demonstrated any basis for providing her with such resources; and the Court further finding that her need to conduct legal research should be addressed by Defendant's application to Pre-Trial Services for a reasonable modification in conditions of home confinement such as may permit her to visit a law library on a schedule and terms to be determined by Pre-Trial Services; therefore,

IT IS on this 29th day of February, 2012,

ORDERED that Defendant Nowak's request for the Court to provide office equipment and an online legal research subscription be and hereby is **DENIED**.

        s/Stanley R. Chesler
        STANLEY R. CHESLER
        United States District Judge