UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | | Crim. No. 10-633 (SRC) |
| v. | : | |
| | | ORDER |
| ANIA NOWAK and | : | |
| ZBIGNIEW CICHY | | |
| | : | |

This matter having come before the Court at a status conference held on April 17, 2012 in the presence of Paul J. Fishman, United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant U.S. Attorney), defendant Ania Nowak (*pro se*), and defendant Zbigniew Cichy (Howard Brownstein, Esq., appearing), and hearing the arguments of the parties, and for good cause having been shown,

IT IS on this 20th day of April, 2012

ORDERED that if defendant Nowak wants to retain any experts with CJA funding, she is to provide the Court with an ex parte, in camera application that sets forth in detail the relevancy and necessity of any proposed experts on or before May 17, 2012; and it is further

ORDERED that the Government is to file a renewed motion to compel handwriting exemplars from defendant Nowak on or before April 24, 2012; defendant Nowak is to file any opposition to that

1

motion on or before May 4, 2012; the Government is to file any reply on or before May 8, 2012; and it is further

ORDERED that the Government is to take defendant Cichy's handwriting exemplar, which he has voluntarily agreed to provide, on or before May 17, 2012; and it is further

ORDERED that defendant Cichy is to file any motion to sever on or before May 17, 2012; the Government is to file any opposition to that motion on or before May 31, 2012; defendant Cichy is to file any reply on or before June 7, 2012; and it is further

ORDERED that the trial date in this matter is set for October 2, 2012 at 10:00 A.M.; and it is further

ORDERED that the period from June 5, 2012 through October 2, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Sections 3161(h)(1)(B) & (h)(7)(A). In support of this exclusion, the Court finds that this case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title

18, United States Code, Section 3161; and the ends of justice served by granting the continuance of the trial date in this matter until October 2, 2012, outweigh the best interests of the public and the defendants in a speedy trial.

HON. STANLEY R. CHESLER
United States District Judge