UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. STANLEY R. CHESLER |
| v. | : | Crim. No. 10-633 (SRC) |
| ANIA NOWAK and ZBIGNIEW CICHY | : | <u>ORDER FOR CONTINUANCE</u> |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), defendant Ania Nowak (*pro se*), and defendant Zbigniew Cichy (Mark Berman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearances before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having consented to such a continuance, and it appearing that the defendants waive such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Counsel for defendant Cichy was recently appointed and needs additional time to review the voluminous discovery in this case;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that counsel for defendant Cichy be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Counsel for defendant Cichy has requested, and the Court has granted, an extension of defendants' deadline to file pre-trial motions;

(4) The Court has scheduled trial in this matter for January 8, 2013 at 10:00 a.m. The parties reserve the right to request a later trial date, should the parties need additional time to prepare for trial;

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this         day of August, 2012,

ORDERED that this action be, and hereby is, continued until January 8, 2013; and it is further

ORDERED that pretrial motions must be filed on or before October 31, 2012; and it is further

ORDERED that opposition is due on or before November 23, 2012; and it is further

ORDERED that a hearing on any pretrial motions is set for  12/14/12 @ 10:00AM ; and it is further

ORDERED that the period from the date of this order through January 8, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

*Shirley Emehelu*
Shirley U. Emehelu
Matthew E. Beck
Assistant U.S. Attorneys


*Ania Nowak*
Defendant Ania Nowak, *pro se*


_____
Mark Berman, Esq.
Counsel for defendant Zbigniew Cichy

Form and entry
consented to:

_____
Shirley U. Emehelu
Matthew E. Beck
Assistant U.S. Attorneys



_____
Defendant Ania Nowak, *pro se*


_____
Mark Berman, Esq.
Counsel for defendant Zbigniew Cichy

- 4 -