UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 10-633 (SRC) |
| ANIA NOWAK | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), and defendant Ania Nowak (pro se), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  This case is sufficiently complex that it is unreasonable to expect adequate preparation for trial within the time limits provided by the Speedy Trial Act;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ⁷ day of January, 2013,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); and it is further

ORDERED that this action be, and hereby is, continued until September 10, 2013; and it is further

ORDERED that pre-trial motions are due on or before June 21, 2013; and it is further

ORDERED that opposition papers are due on or before July 1, 2013; and it is further

ORDERED that a hearing on pre-trial motions is scheduled for July 8, 2013 at 10:00 AM; and it is further

ORDERED that trial in this matter is scheduled to commence on September 10, 2013 at 10:00 a.m.; and it is further

ORDERED that the period from the date of this order through and including September 10, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

*[signature: Shirley Emehelu]*
SHIRLEY U. EMEHELU
Assistant U.S. Attorney

*[signature: Ania Nowak]*
ANIA NOWAK
Pro se defendant