UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

SUSAN M. SMALLEY
CHIEF U.S. PROBATION OFFICER

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-4240
FAX: (973) 645-2155

www.njp.uscourts.gov

May 3, 2021

The Honorable Stanley R. Chesler
Senior United States District Judge
Two Federal Square, Room 417
Newark, New Jersey 07101

        RE: Nowak, Ania
        Docket No: 2:10CR00633-01
        **REPORT ON OFFENDER UNDER SUPERVISION**

Dear Judge Chesler:

The purpose of this correspondence is to notify the Court that the above referenced person under supervision has been noncompliant with conditions of supervision, specifically not making monthly payments as Court ordered. We have attached the Report on Offender Under Supervision (Probation Form 12A) for Your Honor's review and consideration. At this time, no Court action is requested.

We remain available should Your Honor wish to discuss this matter further. The undersigned officer can be reached at (973) 445-8519.

        Respectfully submitted,

        SUSAN M. SMALLEY, Chief
        U.S. Probation Officer

        *Elisa Martinez*

        By:  ELISA MARTINEZ
               Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*        05/03/2021
KELLY A. MACIEL        Date
U.S. Probation Technician

PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ania Nowak                                         Cr.: 10-00633-001
                                                                    PACTS #: 58093

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/15/2015

Original Offense:   Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349

Original Sentence: 66 months imprisonment, 3 years of supervised release

Special Conditions: New Debt Restriction, Self-Employment/Business Disclosure, and Occupational Restrictions

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/01/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The person under supervision has violated the special condition which states **'The defendant shall make restitution in the amount of $2,050,975.34. The defendant shall satisfy the amount due in the monthly installments of no less than $250.'** |

U.S. Probation Officer Action:

Nowak has failed to make her Court ordered payments of $250 per month towards her financial obligations. Nowak has been consistently making payments of $250 per month up until the commencement of the pandemic, due to having a reduction in pay and work hours. She has failed to make any payment for the months of April through December 2020, and January, February, and March of 2021.

When confronted regarding her noncompliance, Nowak advised she can now resume making her Court ordered payments. She recently made a payment of $200 on April 27, 2021 and advised she can return to paying $250 a month moving forward. She currently has an outstanding balance of $2,041,809.15. Nowak was verbally reprimanded for failure to make restitution payments as ordered by the Court. We are requesting no formal Court action at this time. Should Nowak continue to fail to adhere to the Court ordered monthly payments, or if any other noncompliance occurs, the Court will be notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By: ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*          *05/03/2021*
KELLY A. MACIEL          Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*s/Stanley R. Chesler, U. S. D. J.*
Signature of Judicial Officer

5/3/2021
Date