PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Ania Nowak  Cr.: 10-00633-001
PACTS #: 58093

Name of Sentencing Judicial Officer:  THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/15/2015

Original Offense:  Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349

Original Sentence: 66 months imprisonment, 3 years of supervised release

Special Conditions: New Debt Restrictions, Self-Employment/Business Disclosure, Occupational Restrictions, and $2,050,975.34 in Restitution.

Type of Supervision: Supervised Release   Date Supervision Commenced: 10/01/2019

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to satisfy restitution |

U.S. Probation Officer Action:

Throughout her term of supervised release, Nowak has paid $4,800 towards her restitution. Her supervision is due to expire on September 30, 2022 with an outstanding restitution balance of $2,036,704.19. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of her earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:  DANA HAFNER
Senior U.S. Probation Officer

/ kam

Prob 12A – page 2
Ania Nowak

PREPARED BY:

*Kelly A. Maciel*           *07/07/2022*
KELLY A. MACIEL            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ **x Allow Supervision to Expire as Scheduled on September 30, 2022 (as recommended by the Probation Office)**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/**Stanley R. Chesler, U. S. D. J.**

Signature of Judicial Officer

**7/7/2022**

Date